CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 20 2014

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **OWAIIAN M. JONES,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:14-cv-00520 |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **NURSE BRENDA, <u>et al.</u>,** | ) | By: Michael F. Urbanksi |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 20th day of October, 2014.

/s/ Michael F. Urbanski
_____
United States District Judge